UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

Hector I. Cano,

                        Plaintiff,                      **ORDER**

                  -against-                    19-cv-9469 (AEK)

Cherry Lawn Farms, Inc. d/b/a Cherry Lawn
Farm Market, Paul DiPietro, and Armando
D'Onofrio,

                        Defendants.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The parties have modified the proposed settlement agreement as directed in the Court's Opinion and Order dated June 17, 2021, ECF No. 49. Accordingly, the Court hereby approves the settlement agreement in this matter as fair and reasonable for all of the reasons set forth in ECF No. 49. In light of this and the notices of dismissal filed pursuant to Rule 41 of the Federal Rules of Civil Procedure, ECF Nos. 51 and 52, which have been so-ordered by the Court, this matter is now complete, and the Clerk of the Court is respectfully directed to close the case.

Dated: June 28, 2021
        White Plains, New York

                                                  **SO ORDERED.**

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge